HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

KETTLE CUISINE, LLC,

    Plaintiff,

v.

C3 ENGINEERED SOLUTIONS, LP, and COMBI PACKAGING SYSTEMS, LLC,

    Defendants.

No. 2:24-CV-01122-KKE

STIPULATION TO REMAND CASE TO WASHINGTON STATE SUPERIOR COURT FOR SNOHOMISH COUNTY

NOTE ON MOTION CALENDAR: AUGUST 1, 2024

## STIPULATION

Plaintiff Kettle Cuisine, LLC ("Kettle Cuisine") and Defendants C3 Engineered Solutions, LP ("C3"),[1] and Combi Packaging Systems, LLC ("Combi") stipulate as follows:

1. Kettle Cuisine filed this case in Snohomish County Superior Court on June 20, 2024, and served the summons and complaint upon Combi on June 26, 2024.

2. On July 25, 2024, Combi filed a Notice of Removal of Defendants. The notice of removal relies solely upon diversity jurisdiction to support federal jurisdiction. Combi (a limited liability company) alleged that because its member 3M Company is a Delaware corporation,

---

[1] While C3 has not appeared in the case before this Court, the undersigned counsel for Kettle and Combi represent that C3 has consented to this stipulation and the relief of remand to Washington Superior Court for Snohomish County.

STIPULATION TO REMAND CASE
CASE NUMBER 2:24-CV-01122-KKE - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Combi is "a citizen of the state of Delaware for jurisdictional purposes." Combi alleged that C3 is a citizen of Missouri for jurisdictional purposes.

3. On July 30, 2024, Kettle Cuisine filed its Rule 7.1 Disclosure Statement. Pursuant to Federal Rule of Civil Procedure 7.1(b), Kettle Cuisine (also an LLC) affirmed that its sole member is Kettle Corp., a Delaware corporation with its principal place of business in Lynn, Massachusetts. Kettle Cuisine is therefore a citizen of Delaware and Massachusetts for jurisdictional purposes.

4. Because both Combi and Kettle Cuisine are citizens of Delaware, this Court lacks subject-matter jurisdiction under 28 U.S.C. § 1332(a)(1) because the case is not one between citizens of different states, and the case is not eligible for removal under 28 U.S.C. § 1441(a).

5. The parties therefore stipulate to an order remanding the case to the Washington Superior Court for Snohomish County. Kettle Cuisine shall serve a copy of the stipulated order to the Clerk of the Washington Superior Court for Snohomish County within 5 days of entry of this Court's order remanding the case. The parties will bear their own costs and attorneys' fees for activities before this Court.

Now, therefore, the undersigned parties stipulate to entry of an order remanding the above-captioned case to the Washington Superior Court for Snohomish County.

//

//

//

//

//

STIPULATION TO REMAND CASE
CASE NUMBER 2:24-CV-01122-KKE - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# ORDER

Pursuant to the parties' stipulation, it is so ordered. The case is remanded to the Washington Superior Court for Snohomish County. The Clerk of this Court is directed to close the case.

ENTERED THIS 2nd DAY OF AUGUST, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATED AND PRESENTED this 1st day of August, 2024, by:

| K&L GATES LLP | FORSBERG & UMLAUF, P.S. |
|---|---|
| By: */s/ Peter A. Talevich* | By: */s/ Mark A. Dietzler* |
| Peter A Talevich, WSBA # 42644 | Martin J. Pujolar, WSBA # 36049 |
| 925 Fourth Avenue, Suite 2900 | Mark A. Dietzler, WSBA # 20765 |
| Seattle, Washington 98104-1158 | 1102 Broadway, Suite 510 |
| Tel: +1 206 623 7580 | Tacoma, WA 98104 |
| Fax: +1 206 623 7022 | Tel: 206.292.8930 |
| Email: peter.talevich@klgates.com | Email: mpulojar@foum.law |
|  | mdietzler@foum.law |
| *Attorneys for Plaintiff Kettle Cuisine, LLC* | *Attorneys for Defendant Combi Packaging Systems, LLC* |

STIPULATION TO REMAND CASE
CASE NUMBER 2:24-CV-01122-KKE - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that on August 1, 2024, I caused the foregoing document to be served via CM/ECF, which will send notice to all parties and counsel of record, and via email to:

Kathryn E. Van Voorhies
Curtis, Heinz, Garrett & O'Keefe P.C.
130 S. Bemiston, Suite 200
Clayton, MO 63105
kvanvoorhies@chgolaw.com
Counsel for C3 Engineered Solutions, L.P.

DATED August 1, 2024, at Seattle, Washington.

                                                   */s/ Peter A. Talevich*
                                                   Peter A. Talevich, WSBA# 42644

STIPULATION TO REMAND CASE
CASE NUMBER 2:24-CV-01122-KKE - 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022